3:20-mj-00113

PROBT

# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CRIMINAL DOCKET FOR CASE #: 3:18-cr-05091-BHS-1

Case title: USA v. Bradford

Other court case number:  0976 2:16CR00294-1 District of Idaho

Date Filed: 03/06/2018

Date Terminated: 03/06/2018

Assigned to: Judge Benjamin H. Settle

**Defendant (1)**

**Alex Vaughn Bradford**
*TERMINATED: 03/06/2018*

represented by **John Robert Carpenter**
FEDERAL PUBLIC DEFENDER'S
OFFICE (TAC)
1331 BROADWAY
STE 400
TACOMA, WA 98402
253-593-6710
Fax: 253-593-6714
Email: john_carpenter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:844(a): POSESSION OF A
CONTROLLED SUBSTANCE

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **David Reese Jennings**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>253-428-3800<br>Fax: 253-428-3826<br>Email: David.R.Jennings@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2018 | 1 | ORDER GRANTING TRANSFER OF PROBATION JURISDICTION as to Alex Vaughn Bradford by Judge Benjamin H. Settle. Probation Jurisdiction is transferred from the District of Idaho Case # 0976 2:16CR00294-1. (cc: USPO, Fin.) (SP) (Entered: 03/06/2018) |
| 03/06/2018 | 2 | Probation Documents Transferred from the District of Idaho as to defendant Alex Vaughn Bradford: Indictment, Amended Superseding Information and Judgment. (Attachments: # 1 Amended Superseding Information, # 2 Judgment)(SP) (Entered: 03/06/2018) |
| 04/17/2018 | 3 | ORDER/PETITION FOR SUMMONS FOR OFFENDER UNDER SUPERVISION (12C) as to Alex Vaughn Bradford by Judge Benjamin H. Settle. (cc: USPO, CJA, USMO)<br><br>Initial Appearance on Revocation Proceedings set for **5/14/2018 at 02:00 PM** in Courtroom E before Judge Benjamin H. Settle. (SP) (Entered: 04/19/2018) |
| 04/19/2018 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER John Robert Carpenter for Alex Vaughn Bradford for violation proceedings, per CJA. Approved by Judge Benjamin H. Settle. *(No.pdf image attached)* (MGC) (Entered: 04/20/2018) |
| 05/01/2018 | 7 | NOTICE OF ATTORNEY APPEARANCE David Reese Jennings appearing for USA. (Jennings, David) (Entered: 05/01/2018) |
| 05/14/2018 | 8 | Minute Entry for **INITIAL APPEARANCE RE REVOCATION OF SUPERVISED RELEASE** as to Alex Vaughn Bradford held on 5/14/2018 before Judge Benjamin H. Settle - CRD: *Gretchen Craft*; AUSA: *David Jennings*; Def Cnsl: *John Carpenter*; USPO: *Sarah Cavendish for Don Moon*; Court Reporter: *Barry Fanning*; Time of Hearing: *2:00*; Courtroom: *E*; Defendant is advised of/denies violation allegations 1-4. Evidentiary Hearing on Revocation of Supervised Release set for 7/9/2018 at 11:30 AM in Courtroom E before Judge Benjamin H. Settle. (MGC) (Entered: 05/14/2018) |
| 07/06/2018 | 14 | MEMORANDUM *in Support of Continuation of Existing 3-Year Probationary Sentence* by Alex Vaughn Bradford (Attachments: # 1 Exhibit A-B)(Carpenter, John) (Entered: 07/06/2018) |
| 07/09/2018 | 15 | ORDER to Quash Arrest Warrant as to Alex Vaughn Bradford. Signed by Judge Benjamin H. Settle. (cc: USMO) (MGC) (Entered: 07/09/2018) |
| 07/09/2018 | 16 | Minute Entry for **REVOCATION PROCEEDINGS** as to Alex Vaughn Bradford held on 7/9/2018 before Judge Benjamin H. Settle - CRD: *Gretchen Craft*; AUSA: *David Jennings*; Def Cnsl: *John Carpenter*; USPO: *Don Moon*; Court Reporter: *Barry Fanning*; Time of Hearing: *11:30*; Courtroom: *E*; Defendant is advised of/admits violation |

| | | |
|---|---|---|
| | | allegations 1-6. Court finds Defendant knowingly, intelligently and voluntarily admitted the violations and finds Defendant committed the violations. Court imposes GPS as an additional condition of probation pending disposition and grants the government's motion to quash the arrest warrant issued on 6/26/2018. Disposition Hearing set for 9/10/2018 at 9:30 AM in Courtroom E before Judge Benjamin H. Settle. (MGC) (Entered: 07/09/2018) |
| 07/09/2018 | 17 | ORDER MODIFYING PROBATION to add Global Positioning Monitoring as to Alex Vaughn Bradford. Signed by Judge Benjamin H. Settle. (cc: USPO) (MGC) (Entered: 07/09/2018) |
| 09/04/2018 | 20 | ORDER/SUPPLEMENTAL PETITION FOR OFFENDER UNDER SUPERVISION (12C) re 19 Supplemental Violation Memorandum as to Alex Vaughn Bradford. Signed by Judge Benjamin H. Settle. (cc: USPO, CJA) (MGC) (Entered: 09/04/2018) |
| 09/10/2018 | 21 | Minute Entry for **INITIAL APPEARANCE RE REVOCATION OF SUPERVISED RELEASE** as to Alex Vaughn Bradford held on 9/10/2018 before Judge Benjamin H. Settle - CRD: *Gretchen Craft*; AUSA: *David Jennings*; Def Cnsl: *John Carpenter*; USPO: *Sara Cavendish for Don Moon*; Court Reporter: *Angela Nicolavo*; Time of Hearing: *9:30*; Courtroom: *E*; Defendant is advised of/admits violation allegations 7, 8 & 9; Court finds Defendant knowingly, intelligently and voluntarily admitted the violations and finds Defendant committed the violations. Court accepts the recommendation of the parties to continue disposition on all violations to allow time for Ms. Bradford to complete treatment. Disposition Hearing re Revocation of Supervised Release set for 12/10/2018 at 2:30 PM in Courtroom E before Judge Benjamin H. Settle. (MGC) (Entered: 09/10/2018) |
| 12/10/2018 | 24 | ORDER to Quash Arrest Warrant as to Alex Vaughn Bradford by Judge Benjamin H. Settle.(cc: USMO) (MGC) (Entered: 12/10/2018) |
| 12/10/2018 | 25 | Minute Entry for **REVOCATION OF SUPERVISED RELEASE HEARING** as to Alex Vaughn Bradford held on 12/10/2018 before Judge Benjamin H. Settle - CRD: *Gretchen Craft*; AUSA: *Andy Colasurdo for David Jennings*; Def Cnsl: *John Carpenter*; USPO: *Don Moon*; Court Reporter: *Barry Fanning*; Time of Hearing: *2:30*; Courtroom: *C*; Court quashes the arrest warrant issued on 10/5/2018; Court denies the request of the USPO to remand Ms. Bradford. Court hears from counsel, advises Ms. Bradford of violation allegations 10-12, admonishes Ms. Bradford to abide by the conditions of supervision and sets this matter for a Supervised Release Revocation Status Hearing, as stated on the record, on 12/19/2018 at 9:00 for a AM in Courtroom E before Judge Benjamin H. Settle. (MGC) (Entered: 12/10/2018) |
| 12/27/2018 | 27 | NOTICE OF RESCHEDULED HEARING as to Alex Vaughn Bradford: Supervised Release Revocation Status Hearing is set for 1/9/2019 at 3:00 PM in Courtroom E before Judge Benjamin H. Settle. (cc: USPO, PTS, USMO) (MGC) (Entered: 12/27/2018) |
| 01/09/2019 | 29 | JUDGMENT ON REVOCATION OF PROBATION as to Alex Vaughn Bradford by Judge Benjamin H. Settle. (cc: USPO, FLU, Fin., USMO, Sea Tac Det) (MGC) (Entered: 01/09/2019) |
| 01/09/2019 | 30 | Minute Entry for **FINAL PROBATION REVOCATION HEARING** as to Alex Vaughn Bradford held on 1/9/2019 before Judge Benjamin H. Settle - CRD: *Gretchen Craft*; AUSA: *David Jennings*; Def Cnsl: *John Carpenter*; USPO: *Don Moon*; Court Reporter: *Barry Fanning*; Time of Hearing: *3:15*; Courtroom: *E*; Defendant is advised of/admits violation allegations 10-12, having previously admitted 1-9. Court finds Defendant knowingly, intelligently and voluntarily admitted the violations and finds Defendant committed the violations. Defendant expresses willingness to participate in dual diagnosis treatment and the USPO will look into the same. Court hears recommendations of counsel and imposes disposition: 30 days imprisonment; 12 months supervised release with mandatory, standard & special conditions. Defendant is granted permission to self report to |

| | | FDC SeaTac on 1/10/2019 before 2:00 p.m. Judgment signed. (MGC) (Entered: 01/09/2019) |